

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2018

No. 04-18-00146-CV

**IN THE MATTER OF D. G-N**,

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2017JV1000229-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is NOTED. Clerk's record must be filed no later than April 4, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court